**Entered on Docket**
**October 15, 2009**

*Bruce A. Markell*

Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
08-77868

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-08-22415-bam |
| Mark A. Bakker and Sandra J. Bakker | Date: 9/29/09<br>Time: 1:30pm |
| | Chapter 13 |
| Debtor(s). | |

### <u>ORDER VACATING AUTOMATIC STAY</u>

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2    above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3    Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4    property, generally described as 795 Durgos Dr., Henderson, NV 89012.

5

6    IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

7    Debtors and Trustee at least five business days' notice of the time, place and date of sale.

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

9    withdraws its secured Proof of Claim filed in this matter.

10    DATED this _____ day of _____, 2009.

11    Submitted by:

12    **WILDE & ASSOCIATES**

13

14    By_____

15    **GREGORY L. WILDE, ESQ.**
      Attorney for Secured Creditor
      208 South Jones Boulevard

16    Las Vegas, Nevada 89107

17    APPROVED / DISAPPROVED

18

19    _____
      Sam Benevento
      1945 E. Warm Springs Road

20    Las Vegas, NV 89119
      Attorney for Debtor(s)

21

22    APPROVED / DISAPPROVED

23    _____
      Kathleen A Leavitt

24    201 Las Vegas Blvd., So. #200
      Las Vegas, NV 89101

25    Chapter 13 Trustee

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
      unrepresented  parties who appeared at the hearing, and any trustee appointed in this case,
      and each has approved or disapproved the order, or failed to respond, as indicated below
      (list each party and whether the party has approved, disapproved, or failed to respond to the
      document):

(List Parties)
Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __X__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __X__ failed  to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed  to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

      this proposed order were transmitted to Debtor's counsel and appointed trustee to which

      they have not replied


Submitted by:
_/s/ Gregory L. Wilde, Esq._
Gregory L. Wilde, Esq.
Attorney for Secured Creditor